# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY PICKETT,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MARILYN ZABEL, R. SCOTT TUCKER & ASSOCIATES, A CORPORATION, d/b/a RST & ASSOCIATES, LOS ANGELES COLLECTION SERVICE, INC., A CORPORATION, DOES 1 THROUGH 20, INCLUSIVE<br><br>　　　　Defendants. | Case No. 2:17-cv-03161-R-RAO<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

　　Having considered Plaintiff CINDY PICKETT ("Plaintiff") and Defendant *LOS ANGELES COLLECTION SERVICE, INC.* ("LACS")'s Stipulation for Dismissal, the

///
///
///

above-entitled action is hereby dismissed with prejudice as to Defendant LACS.

Each party shall bear its own costs and expenses.

**IT IS SO ORDERED.**

Dated: June 6, 2018

_____
Honorable Manuel L. Real
UNITED STATES DISTRICT JUDGE